

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00579-CV

**IN THE INTEREST OF D.J.R., A CHILD**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02365
Honorable Nicole Garza, Judge Presiding

# O R D E R

    This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Appellee's brief was originally due on January 30, 2023. On January 31, 2023, appellee filed a motion requesting a twenty-day extension of time.

    After consideration, we **GRANT** the motion and **ORDER** appellee to file its brief **by February 21, 2023**. **Appellee is advised that further extensions of time will be disfavored**.

    It is so **ORDERED** February 1, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT